

866-255-9397
www.MGCConnect.com

Date: **January 28, 2015**

To: Daniel Hernandez and Sara M. Lloret

From: MGC Mortgage, Inc.

Re: Modification Agreement to your existing loan:
Loan # ▇▇▇▇▇▇▇

Address: **6380 Coolidge Street, Hollywood, FL 33024**

## Closing Instructions

Please find the following documents to be executed for your Modification Agreement.

- Modification Agreement (3 Copies) – return 2 copies
- Cover Page (2 Copies) – return 1 copy

The Modification Agreement must be signed in the presence of a **Notary Public**. Please execute and mail the modification agreement within **14 days** of receipt, as the modification process is time sensitive. If you are unable to comply, please notify **MGC Mortgage, Inc.** immediately. Any delay in the return of the fully executed Modification Agreement may result in an **expiration of the modification terms.**

Three copies are included. Sign and notarize all three copies. Please have your notary complete the page following your signature page on all three copies. **Please return two signed and notarized copies to us in the pre-paid envelope provided.**

This modification is effective **March 1, 2015. Your first modified payment will be effective April 1, 2015. The total payment amount including escrow will be $1,288.18.** Please note that the escrow portion can increase or decrease causing a change in the payment amount.

URGENT: A Bankruptcy Court Approval letter is required in order for the modification terms to go into effect.

PLEASE NOTE: You are also required to provide your own hazard insurance binder. Presently we have a force place policy in effect. We do not need an actual declaration page or policy, just a binder which will be no cost to you.

Please also sign the cover letter below and return one copy along with the modification.

_____        _____
Daniel Hernandez                                    Sara M. Lloret

Please contact us with any questions.

Sincerely,

Loss Mitigation Assets
**MGC Mortgage, Inc.**
425 Phillips Blvd.,
Ewing, NJ 08618

[Space Above This Line For Recording Date]

MGC Mortgage, Inc.　　　　　　　　　　　　　　　　　Loan #
Prepared By: A. Briscese
Attn: Loss Mitigation Assets
425 Phillips Blvd., Ewing, NJ 08618
609-883-3900

## LOAN MODIFICATION AGREEMENT
(Providing for Adjustable Rate Note)

This Loan Modification Agreement ("Agreement"), made this 27th day of **January 2015** between **Daniel Hernandez and Sara M. Lloret, husband and wife** ("Borrower") and **LPP Mortgage Ltd.** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") and Timely Payment Rewards Rider, if any, in the original loan amount of **$165,000.00** and dated **August 13, 2007** between Borrowers and **Charter Bank** and recorded on August 22, 2007 in Book 44516 at Page 1896 in the Public Records of Broward County, Florida and further assigned to Lender and recorded on December 9, 2011 in Book 48359 at Page 1177 and (2) the Note, bearing the same date as and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at **6380 Coolidge Street, Hollywood, FL, 33024**, the real property described being set forth as follows:

See Exhibit "A" attached –

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **March 1, 2015**, the amount payable under the Note and Security Instrument (the Unpaid Principal Balance") is U.S. **$196,467.39**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized. This principal balance has been adjusted to this amount for the purpose of calculating the monthly principal and interest payment. The amount of the adjustment which will be deferred totals **$100,000.00** ("Deferred Adjustment") and this amount will be held until the loan is paid in full. The payoff will include the full amount owed, including the amount of the deferment and interest will accrue on this deferred balance at the rate of the 12 month Libor index plus a margin of 1%. **New Money Amount: $132,174.93.**

2. Borrowers promise to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **3%**, effective **March 1, 2015**. Borrowers promise to make payments of principal and interest in the amount of U.S. **$789.22**, beginning on the first day of **April, 2015**, and continuing thereafter on the same day of each succeeding month for the next thirty six (36) months. Effective with the payment due **April 1, 2018**, the interest rate will revert back to **11.85%** which was the rate in effect prior to the modification. The ARM terms of the Note will remain unchanged with the next scheduled interest rate change date of **September 1, 2018** effective with the **October 1, 2018** payment and every 12 months thereafter. If on **September 1, 2037**, I still owe amounts under this modification agreement, I will pay those amounts in full on that date, which is called the ("Maturity Date"). The Borrowers will make such payments at:

    MGC Mortgage, Inc.
    425 Phillips Blvd.
    Ewing, NJ 08618

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrowers are not natural persons and a beneficial interest in Borrowers is sold or transferred) without Lender's prior written

consent, Lender may require immediate payment in full of all sums secured by the Security Instrument. If Lender exercises this option, Lender shall give Borrowers notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrowers must pay all sums secured by the Security Instrument.

If Borrowers fail to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument, without further notice or demand on Borrower.

4. Borrowers also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrowers' covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrowers are obligated to make under the Security Instrument

5. Borrowers understand and agree that:

   a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrowers' obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on the Note and Security Instrument are expressly reserved by Lender.

   c) Borrowers have no right of set-off or counterclaim, or any defense to the obligations of the Note or Security Instrument.

   d) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

   e) All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrowers and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

   f) Borrowers agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrowers.

*(page 3 of 5)*

6. AS A MATERIAL INDUCEMENT TO LENDER TO ENTER INTO THIS AGREEMENT, EACH BORROWER, ON BEHALF OF HIMSELF AND HERSELF AND HIS AND HER SUCCESSORS, ASSIGNS, HEIRS, LEGAL REPRESENTATIVES AND CONSTITUENTS (WHETHER OR NOT A PARTY HERETO) (BORROWERS AND REFERRED TO HEREIN COLLECTIVELY AND INDIVIDUALLY, AS "OBLIGORS, ET AL."). HEREBY FULLY, FINALLY AND COMPLETELY RELEASE AND FOREVER DISCHARGE ORIGINAL LENDER, LENDER AND THEIR RESPECTIVE SUCCESSORS, ASSIGNS, AFFILIATES AND SUBSIDIARIES, PARENTS, OFFICERS, SHAREHOLDERS, DIRECTORS, EMPLOYEES, ATTORNEYS AND AGENTS, PAST, PRESENT AND FUTURE, AND THEIR RESPECTIVE HEIRS, PREDECESSORS, SUCCESSORS AND ASSIGNS (COLLECTIVELY AND INDIVIDUALLY, "LENDER, ET AL.") OF AND FROM ANY AND ALL CLAIMS, CONTROVERSIES, DISPUTES, LIABILITIES, OBLIGATIONS, DEMANDS, DAMAGES, EXPENSES (INCLUDING, WITHOUT LIMITATION, REASONABLE ATTORNEYS' FEES), DEBTS, LIENS, ACTIONS AND CAUSES OF ACTION OF ANY AND EVERY NATURE WHATSOEVER, INCLUDING, WITHOUT RIGHT OF COUNTERCLAIMS, RIGHT OF SET-OFF OR DEDUCTION TO THE PAYMENT OF THE INDEBTEDNESS EVIDENCED BY THE NOTE AND/OR THE MORTGAGE OR ANY OTHER LOAN DOCUMENT WHICH OBLIGORS, ET AL. NOW HAVE OR MAY CLAIM TO HAVE AGAINST LENDER, ET AL., OR ANY THEREOF, ARISING OUT OF, CONNECTED WITH OR RELATING TO ANY AND ALL ACTS, OMISSIONS OR EVENTS OCCURRING PRIOR TO THE EXECUTION OF THE AGREEMENT.

_____
Sara M. Lloret

_____
Daniel Hernandez

_____ [Space Below This Line For Acknowledgements] _____

STATE OF Florida )
COUNTY OF Broward ) SS:

BE IT REMEMBERED THAT, on this 5th day of February, 2015, before me, the subscriber named below, personally appeared **Daniel Hernandez** who, being by me duly sworn on his/her oath, deposed and made proof to my satisfaction that he/she is the person named in and who executed the within instrument; and I having first made known to him/her the contents thereof, he/she did acknowledge that he/she signed, sealed, and delivered the same as his/her voluntary act and deed, for the uses and purposes therein expressed.

_____
Notary Public
(Notary Stamp and Seal Required)

ANGELICA REALES
Notary Public - State of Florida
My Comm. Expires Jun 11, 2017
Commission # FF 026292

STATE OF Florida )
COUNTY OF Broward ) SS:

BE IT REMEMBERED THAT, on this 5th day of February, 2015, before me, the subscriber named below, personally appeared **Sara M. Lloret** who, being by me duly sworn on his/her oath, deposed and made proof to my satisfaction that he/she is the person named in and who executed the within instrument; and I having first made known to him/her the contents thereof, he/she did acknowledge that he/she signed, sealed, and delivered the same as his/her voluntary act and deed, for the uses and purposes therein expressed.

_____
Notary Public
(Notary Stamp and Seal Required)

ANGELICA REALES
Notary Public - State of Florida
My Comm. Expires Jun 11, 2017
Commission # FF 026292

LOAN MODIFICATION AGREEMENT—Adjustable Rate Note

(page 4 of 5)