UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-33867-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

SARA LLORET
XXX-XX-5612

DEBTOR_____/

### TRUSTEE'S MOTION TO DEVIATE FROM PLAN
### AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **October 3, 2013**.

2. The Debtor's Chapter 13 Plan was confirmed on **May 15, 2014**.

3. The case was completed on                     .

4. CENLAR FSB ("Creditor"), Account #4161, returned disbursed funds to the Trustee after completion of the case.

5. The Trustee requests permission to deviate from the Plan to disburse those payments mentioned in Paragraph 4 above to allowed unsecured creditors pro-rata.

6. The Trustee requests permission to deviate from the Plan and to refund any portion of the funds mentioned in Paragraph 4 directly to the Debtor, after all allowed unsecured creditors have been paid in full (if applicable) during the normal course of disbursement.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, allowing the Trustee to disburse payments returned by Creditor after completion of the case to allowed unsecured creditors, to refund any portion of the funds mentioned in Paragraph 4 directly to the Debtor, after all allowed unsecured creditors have been paid in full (if applicable) during the normal course of disbursement, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 10th day of July, 2015.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SARA LLORET
6380 COOLIDGE STREET
HOLLYWOOD, FL  33024

**ATTORNEY FOR DEBTOR**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

**CREDITOR**
CENLAR FSB
425 PHILLIPS BLVD
EWING,  NJ  08618

**ADDITIONAL CREDITORS**

Gregory S. Tornquist, President
Cenlar
7 Graphics Drive
Ewing,  NJ  08628